# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1177

_____

Stanley Frank Boyd,                     *
                                        *
              Appellant,                *
                                        *   Appeal from the United States
      v.                                *   District Court for the
                                        *   Eastern District of Arkansas.
Larry Norris, Director, Arkansas        *
Department of Correction; Larry May,    *       [UNPUBLISHED]
Assistant Director, Arkansas            *
Department of Correction; Robert        *
Perry, Major, Wrightsville Unit, ADC;   *
Marvin Baird, Sgt., North Central Unit, *
ADC; Wright, CO-I, North Central        *
Unit, ADC; John Byus, Medical           *
Director/Administrator, Arkansas        *
Department of Correction,               *
                                        *
              Appellees.                *

_____

Submitted: May 6, 2002
Filed: November 14, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Stanley Frank Boyd appeals from the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 complaint against various prison officials for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e(a). After he was attacked by a fellow inmate, Boyd filed a grievance asking that the other inmate be locked down pending investigation. When the grievance was denied, Boyd commenced this action, seeking relief for failure to protect him from the assault, inadequate medical care for the resulting injuries, failure to prosecute the other inmate, overcrowding and understaffing in the prison, retaliatory transfer, and "numerous violations" of federal and state law. Before dismissing, the district court ordered Boyd to submit proof that he had exhausted all claims. In response, Boyd referred to his expanded description of the incident in appealing the denial of his initial grievance. In these circumstances, the district court properly dismissed the entire complaint without prejudice. See Graves v. Norris, 218 F.3d 884, 885 (8th Cir. 2000) (per curiam) (§ 1997e(a) requires exhaustion of all available prison grievance remedies as to all claims). Accordingly, we affirm, see 8th Cir. R. 47B, and we also deny Boyd's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.